**RIKER DANZIG LLP**
Joseph L. Schwartz, Esq.
Tara J. Schellhorn, Esq.
Gregory S. Toma, Esq.
Headquarters Plaza, One Speedwell Avenue
Morristown, New Jersey 07962-1981
Telephone: (973) 538-0800
Facsimile: (973) 538-1984
jschwartz@riker.com
tschellhorn@riker.com
gtoma@riker.com

*Counsel to ConnectOne Bank*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Case No. 24-22497 (JKS) |
| SOVEREIGN MEDICAL MANAGEMENT, LLC, *et al.*, | Chapter 11 (Subchapter V) |
| | (Jointly Administered) |
| Debtors. | Hon. John K. Sherwood |

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS ON BEHALF OF CONNECTONE BANK**

**PLEASE TAKE NOTICE** that, pursuant to Sections 342 and 1109(b) of the United States Bankruptcy Code and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Rules"), the attorneys listed below enter their appearances as counsel to ConnectOne Bank (the "Bank") in the above-captioned cases (the "Cases") and hereby request copies of all notices, pleadings and other filings in the Cases including, without limitation, those pursuant to Rules

[*Remainder of page intentionally left blank*]

2002 and 9007, be given and served upon:

**RIKER DANZIG LLP**
Joseph L. Schwartz, Esq. (jschwartz@riker.com)
Tara J. Schellhorn, Esq. (tschellhorn@riker.com)
Gregory S. Toma, Esq. (gtoma@riker.com)
Headquarters Plaza, One Speedwell Avenue
Morristown, New Jersey 07962-1981
Telephone: (973) 538-0800
Facsimile: (973) 538-1984

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only notices and papers referred to in the Rules specified above but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telecopy or otherwise, which affects the Debtors or the Debtors' property.

**PLEASE TAKE FURTHER NOTICE** that demand is also made that the undersigned be added to the Official Service List for notice of all contested matters, adversary proceedings and other proceedings in the Cases.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and any subsequent appearance, pleading, claim or suit is not intended to waive the Bank's: (1) right to have final orders in non-core matters entered only after *de novo* review by a judge of the United States District Court; (2) right to trial by jury in any proceeding so triable in these Cases or any case, controversy, or proceeding related to these Cases; (3) right to have the reference withdrawn by the United States District Court; or (4) other rights, remedies, claims, actions, defenses, setoffs or recoupments to which it is or may be entitled, in law or in equity, all

of which rights, remedies, claims, actions, defenses, setoffs and recoupments the Bank expressly reserves.

January 10, 2025  
Morristown, New Jersey

**RIKER DANZIG LLP**

By:  /s/ *Joseph L. Schwartz*  
Joseph L. Schwartz, Esq.  
Tara J. Schellhorn, Esq.  
Gregory S. Toma, Esq.  
Headquarters Plaza, One Speedwell Avenue  
Morristown, New Jersey  07962-1981  
Telephone: (973) 538-0800  
Facsimile: (973) 538-1984  
jschwartz@riker.com  
tschellhorn@riker.com  
gtoma@riker.com

*Counsel to ConnectOne Bank*

4898-4127-3102, v. 2